UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------X

TIMOTHY HERNANDEZ, on behalf of
himself and all others similarly situated,

                                  Plaintiff(s),

-against-

BBBY ACQUISITION CO., LLC,

                                  Defendant(s).

---------------------------------------X

**REQUEST FOR CERTIFICATE OF DEFAULT**

1:24-CV-5866

TO: JUDGE MARCIA M. HENRY
     UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant(s), BBBY ACQUISITION CO., LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of In Support of Request for certificate of default.

Dated: 11-21-2024

By: *s/Rami Salim*
Rami Salim
Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
201-282-6500
rsalim@steinsakslegal.com

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-------------------------------------X
Timothy Hernandez, on behalf of himself
and all others similarly situated,           ,                    **AFFIRMATION IN SUPPORT OF**

                              Plaintiff(s)      **REQUEST FOR CERTIFICATE OF DEFAULT**

                -against-

                                                  1:24 **CV** 5866

BBBY ACQUISITION CO., LLC
                              Defendant(s).

-------------------------------------X

    Timothy Hernandez hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 12182.

3. The time for defendant(s), BBBY ACQUISITION CO., LLC answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), BBBY ACQUISITION CO., LLC, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) B~~BBY ACQUISITION CO., LLC~~,to answer or otherwise move has not been extended.

5. That defendant(s) BBBY ACQUISITION CO., LLC not an infant or incompetent. Defendant(s) BBBY ACQUISITION CO., LLC is not presently in the military service of the United States as appears from facts in this litigation.

6. Defendant(s) BBBY ACQUISITION CO., LLC is indebted to plaintiff, Timothy Hernandez, in the following manner (state the facts in support of the claim(s)):
Plaintiff is a blind individual who attempted to access Defendant's website on multiple occasions using special screen reader software. However, due to Defendant's website barriers which fail to allow disabled persons

the ability to access its site using the disability software necessary for their use of the site, these access barriers have denied Plaintiff full and equal access to Defendant's website and the goods and services it provides to the public. Defendant is entitled to injunctive and declaratory relief and other remedies, procedures and rights set forth under 42 U.S.C. § 12188 and the NYC Human Rights Law, including statutory, compensatory and punitive damages, pre and post judgment interest and reasonable costs and attorneys' fees in addition to such other relief this Court deems just and proper

Therefore, Defendant is indebted to Plaintiff in the amount of $20,000.00

WHEREFORE, plaintiff Timothy Hernandez requests that the default of defendant(s) BBBY ACQUISITION CO., LLC certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: 11-21-2024

By: *s/Rami Salim*
Rami Salim
Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
201-282-6500
rsalim@steinsakslegal.com