UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Timothy Hernandez,

Plaintiff,

v.

BBBY Acquisition Co., LLC,

Defendant.
------------------------------------------------------------------X

JUDGMENT
24-cv-5866 (KAM) (MMH)

A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on January 22, 2025, dismissing this case for failure to prosecute and failure to comply with a court order; it is

ORDERED and ADJUDGED that this case is dismissed for failure to prosecute and failure to comply with a court order.

Dated: Brooklyn, New York
January 23, 2025

Brenna B. Mahoney
Clerk of Court

By: *<u>/s/Jalitza Poveda</u>*
Deputy Clerk